NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



SHAQUIL FELDER, a/ka/ SHAQUIL ALI          )
FELDER, DOC #R64091,                        )
                                            )
     Appellant,                          )
                                            )
v.                                          )        Case No. 2D18-2160
                                            )
STATE OF FLORIDA,                           )
                                            )
     Appellee.                           )
_____)

Opinion filed November 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Joseph A. Bulone, Judge.

Simone Lennon of Simone Lennon, P.A.,
Clearwater, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly O'Neill, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.


SILBERMAN, BADALAMENTI, and SMITH, JJ., Concur.